# United States District Court

**FOR THE**
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**

VENUE: SAN FRANCISCO

---

UNITED STATES OF AMERICA,

V.

SAMUEL S. FUNG

# CR 05 00215 JW

DEFENDANT.

---

# INDICTMENT

---

A true bill.

*/s/ Mary C. McDonald*
Foreman

Filed in open court this 12th day of April, 2005.

Clerk

Bail, $ NO BAIL ARREST WARRANT

SEALED BY COURT ORDER

APR 1 2 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DOCUMENT NO. / CSA'S INITIALS
DISTRICT COURT CRIMINAL CASE PROCESSING

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT
☐ SUPERSEDING

**OFFENSE CHARGED**

26 U.S.C. § 7206 - COUNTS 49

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**PENALTY:**

-26 U.S.C. § 7206 - 3 Years & $250,000 FINE; and 1 year Supervised Release

---

**Name of District Court, and/or Judge/Magistrate Location**

NORTHERN DISTRICT OF CALIFORNIA

**DEFENDANT - U.S.**

▶ SAMUEL S. FUNG

**DISTRICT COURT NUMBER**

CR 05 00215

*ORIGINAL FILED APR 12 2005 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

*SEALED BY COURT ORDER*

---

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)

INTERNAL REVENUE SERVICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
　☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM　KEVIN V. RYAN
☒ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)　EMILY J. KINGSTON, AUSA

---

**DEFENDANT**

**IS NOT IN CUSTODY**

1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges  　☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?　☐ Yes ☐ No　If "Yes" give date filed

**DATE OF ARREST** ▶　Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶　Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT　Bail Amount: No bail

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
3
4
5
6              UNITED STATES DISTRICT COURT FOR THE
7                 NORTHERN DISTRICT OF CALIFORNIA
8                        SAN JOSE DIVISION

9  UNITED STATES OF AMERICA,           )   Criminal No. CR 05-00215
10           Plaintiff,                 )
                                        )
11      v.                              )
                                        )   VIOLATIONS: 26 U.S.C. § 7206(2) -
12 SAMUEL S. FUNG,                      )   Aiding and Assisting in the
                                        )   Preparation Of False Tax Returns
13           Defendants.                )
                                        )
14 _____) SAN JOSE VENUE

15                           INDICTMENT

16 The Grand Jury charges:

17 COUNTS ONE THROUGH NINETEEN (26 U.S.C. § 7206(2))

18      On or about the dates set forth below, in the Northern District of California, the defendant

19                            SAMUEL S. FUNG

20 did willfully aid and assist in, and procure, counsel, and advise, the preparation and presentation

21 to the Internal Revenue Service, of U.S. Individual Income Tax Returns, Forms 1040, either

22 individual or joint, for the taxpayers and calendar years specified below, which were false and

23 fraudulent as to the material matters specified below, in that the defendant SAMUEL S. FUNG

24 prepared the tax returns described below containing the materially false items specified below,

25 which the defendant SAMUEL S. FUNG then and there well knew were false:

| COUNT | DATE OF OFFENSE | TAXPAYER TYPE OF RETURN | TAX YEAR | MATERIAL FALSE ITEMS |
|---|---|---|---|---|
| 1 | 04/17/00 | Eric Chamness, Form 1040 | 1999 | 1040, Line 21 - $ (6,416)<br>1040, Sch. A, Line 18 - $ 35,424<br>1040, Sch. A, Line 20 - $ 17,714 |

INDICTMENT                                  1

| | | | | | |
|---|---|---|---|---|---|
| 1 | 2 | 04/16/01 | Eric Chamness, Form 1040 | 2000 | 1040, Line 12 - $ (15,750)<br>1040, Sch. A, Line 18 - $ 32,779<br>1040, Sch. A, Line 20 - $ 21,907<br>1040, Sch. A, Line 21 - $ 350 |
| 2 | 3 | 04/14/02 | Eric Chamness, Form 1040 | 2001 | 1040, Line 21 - $ (6,040)<br>1040, Sch. A, Line 18 - $ 71,164<br>1040, Sch. A, Line 20 - $ 29,119<br>1040, Sch. A, Line 22 - $ 10,000 |
| 3 | 4 | 05/17/01 | Shah Shahjahan, Form 1040 | 1999 | 1040, Line 21 - $ (45,500)<br>1040, Sch. A, Line 18 - $35,619 |
| 4 | 5 | 10/23/00 | Dr. Morris Brock & Catherine Haney, Form 1040 | 1999 | 1040, Line 8a - $ 882<br>1040, Line 9 - $ 188<br>1040, Line 12 - $ 0<br>1040, Line 21 - $ (696,070) |
| 5 | 6 | 07/18/01 | Dr. Morris Brock & Catherine Haney, Form 1040 | 2000 | 1040, Line 8a - $ 243<br>1040, Line 9 - $ 64<br>1040, Line 12 - $ 0<br>1040, Line 17 - $ 0 |
| 6 | 7 | 01/06/03 | Dr. Morris Brock & Catherine Haney, Form 1040 | 2001 | 1040, Line 8a - $ 66<br>1040, Line 12 - $ 0<br>1040, Line 17 - $ 0 |
| 7 | 8 | 11/28/99 | Steve McKenzie, Form 1040 | 1998 | 1040, Line 12 - $ 0 |
| 8 | 9 | 01/23/01 | Steve McKenzie, Form 1040 | 1999 | 1040, Line 12 - $ 0 |
| 9 | 10 | 10/16/01 | Steve McKenzie, Form 1040 | 2000 | 1040, Line 12 - $ 760 |
| 10 | 11 | 04/15/99 | William & Joyce Garvey, Form 1040 | 1998 | 1040, Line 9 - $ 34<br>1040, Line 12 - $ (12,185)<br>1040, Line 13 - $ 0<br>1040, Line 21 - $ 600 |
| 11 | 12 | 04/15/99 | Donald & Mary Brockhage, Form 1040 | 1998 | 1040, Line 8a - $ 230<br>1040, Line 9 - $ 0<br>1040, Line 12 - $ 0<br>1040, Line 21 - $ 1,200 |
| 12 | 13 | 04/17/00 | Donald & Mary Brockhage, Form 1040 | 1999 | 1040, Line 8a - $ 162<br>1040, Line 9 - $ 0<br>1040, Line 12 - $ 1,374<br>1040, Line 21 - $ 3,900 |
| 13 | 14 | 04/15/99 | Ralph & Patricia Habura, Form 1040 | 1998 | 1040, Line 9 - $ 0<br>1040, Line 13 - $ 0<br>1040, Line 17 - $ (8,769) |
| 14 | 15 | 07/18/00 | Ralph & Patricia Habura, Form 1040 | 1999 | 1040, Line 9 - $ 0<br>1040, Line 13 - $ 0<br>1040, Line 17 - $ 0 |

INDICTMENT                                2

| | | | | |
|---|---|---|---|---|
| 16 | 04/15/01 | Ralph & Patricia Habura, Form 1040 | 2000 | 1040, Line 8a - $ 2<br>1040, Line 9 - $ 31<br>1040, Line 17 - $ 0 |
| 17 | 04/15/99 | Riley & Joyce Pendergraft, Form 1040 | 1998 | 1040, Line 7 - $ 4,800<br>1040, Line 12 - $ 0 |
| 18 | 04/17/00 | Riley & Joyce Pendergraft, Form 1040 | 1999 | 1040, Line 7 - $ 4,800<br>1040, Line 12 - $ 0<br>1040, Line 21 - $ 0 |
| 19 | 04/16/01 | Riley & Joyce Pendergraft, Form 1040 | 2000 | 1040, Line 7 - $ 4,800<br>1040, Line 12 - $ 0<br>1040, Line 13 - $ 0<br>1040, Line 14 - $ 0<br>1040, Line 17 - $ 0<br>1040, Line 21 - $ 0 |

All in violation of Title 26, United States Code, Section 7206(2).

COUNTS TWENTY THROUGH FORTY NINE (26 U.S.C. § 7206(2))

On or about the dates set forth below, in the Northern District of California, the defendant

SAMUEL S. FUNG

did willfully aid and assist in, and procure, counsel, and advise, the preparation and presentation to the Internal Revenue Service, of false and fraudulent U.S. Income Tax Returns for Estates and Trusts, Forms 1041, for the taxpayers and calendar years specified below in that the defendant SAMUEL S. FUNG prepared the tax returns described below when he then and there well knew that the trusts for which the returns were prepared were not entities entitled to report income, deductions and/or payments on a Form 1041, and which returns fraudulently assigned income to the trusts and claimed false and fraudulent tax deductions thereby falsely reducing or eliminating his clients' personal income tax liabilities:

| COUNT | DATE OF OFFENSE (on or about) | TAXPAYER<br>TYPE OF RETURN | TAX YEAR |
|---|---|---|---|
| 20 | 10/23/00 | Dr. Morris Brock and Catherine Haney, Form 1041 (B&B Trust) | 1999 |
| 21 | 10/23/00 | Dr. Morris Brock and Catherine Haney, Form 1041 (Insight Co. Trust) | 1999 |
| 22 | 07/18/01 | Dr. Morris Brock and Catherine Haney, Form 1041 (B&B Trust) | 2000 |
| 23 | 07/19/01 | Dr. Morris Brock and Catherine Haney, Form 1041 (Insight Co. Trust) | 2000 |

INDICTMENT                                          3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| 24 | 01/06/03 | Dr. Morris Brock and Catherine Haney, Form 1041 (B&B Trust) | 2001 |
|---|---|---|---|
| 25 | 01/06/03 | Dr. Morris Brock and Catherine Haney, Form 1041 (Insight Co. Trust) | 2001 |
| 26 | 11/28/99 | Steve McKenzie, Form 1041 (McKenzie Family Trust) | 1998 |
| 27 | 01/23/01 | Steve McKenzie, Form 1041 (McKenzie Family Trust) | 1999 |
| 28 | 10/18/02 | Steve McKenzie, Form 1041 (McKenzie Family Trust) | 2000 |
| 29 | 11/28/99 | Steve McKenzie, Form 1041 (McKenzie Family Resonance Trust) | 1998 |
| 30 | 01/22/01 | Steve McKenzie, Form 1041 (McKenzie Family Resonance Trust) | 1999 |
| 31 | 10/18/02 | Steve McKenzie, Form 1041 (McKenzie Family Resonance Trust) | 2000 |
| 32 | 04/18/99 | William Garvey, Form 1041 (Alpha Services Trust) | 1998 |
| 33 | 04/18/99 | William Garvey, Form 1041 (Dancing Bear Trust) | 1998 |
| 34 | 04/15/99 | Donald Brockhage, Form 1041 (The Maridon Trust) | 1998 |
| 35 | 04/19/00 | Donald Brockhage, Form 1041 (The Maridon Trust) | 1999 |
| 36 | 04/15/99 | Donald Brockhage, Form 1041 (Brockhage Associated Trust) | 1998 |
| 37 | 04/18/00 | Donald Brockhage, Form 1041 (Brockhage Associated Trust) | 1999 |
| 38 | 04/15/99 | Ralph & Patricia Habura, Form 1041 (RPH Management Trust) | 1998 |
| 39 | 07/18/00 | Ralph & Patricia Habura, Form 1041 (RPH Management Trust) | 1999 |
| 40 | 04/16/01 | Ralph & Patricia Habura, Form 1041 (RPH Management Trust) | 2000 |
| 41 | 04/15/99 | Riley & Joyce Pendergraft, Form 1041 (NHUSS Trust) | 1998 |
| 42 | 04/17/00 | Riley & Joyce Pendergraft, Form 1041 (NHUSS Trust) | 1999 |

INDICTMENT                                          4

| | | | |
|---|---|---|---|
| 43 | 04/16/01 | Riley & Joyce Pendergraft, Form 1041 (NHUSS Trust) | 2000 |
| 44 | 04/15/99 | Riley & Joyce Pendergraft, Form 1041 (RJ Pendergraft Trust) | 1998 |
| 45 | 04/17/00 | Riley & Joyce Pendergraft, Form 1041 (RJ Pendergraft Trust) | 1999 |
| 46 | 04/16/01 | Riley & Joyce Pendergraft, Form 1041 (RJ Pendergraft Trust) | 2000 |
| 47 | 04/15/99 | Riley & Joyce Pendergraft, Form 1041 (In God We Trust) | 1998 |
| 48 | 04/17/00 | Riley & Joyce Pendergraft, Form 1041 (In God WeTrust) | 1999 |
| 49 | 04/16/01 | Riley & Joyce Pendergraft, Form 1041 (In God We Trust) | 2000 |

All in violation of Title 26, United States Code, Section 7206(2).

A True Bill

Dated: April 12, 2005

_____
FOREPERSON

KEVIN V. RYAN
United States Attorney

_____
EUMI L. CHOI
Chief, Criminal Section

Approved as to Form

AUSA: _____
EMILY J. KINGSTON

INDICTMENT          5