| | |
|---|---|
| 1 | KEVIN V. RYAN (CSBN 118321)<br>United States Attorney |
| 2 | |
| 3 | JAY R. WEILL (CSBN 75434)<br>Chief, Tax Division |
| 4 | EMILY J. KINGSTON (CSBN 184752)<br>Assistant United States Attorneys |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 7 | Telephone: (415) 436-7000<br>Facsimile: (415) 436-6748 |
| 8 | Attorneys for the United States |

FILED
AUG 15 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

RECEIVED
AUG 1 2 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. CR-05-00215 JW-PVT |
| Plaintiff, | ) | |
| v. | ) | |
| SAMUEL FUNG, | ) | [~~Proposed~~] **SPEEDY TRIAL ORDER** |
| Defendant. | ) | |

On April 12, 2005, the defendant, Samuel Fung, was charged in an Indictment with forty-nine (49) counts of aiding and abetting the preparation of false tax returns, in violation of 26 U.S.C. § 7206(2). Mr. Fung was arraigned on the Indictment by the Honorable Patricia V. Trumbull at a hearing on August 11, 2005, during which the matter was set over for a status/trial setting conference to September 19, 2005, before the Honorable James Ware.

The parties agree that the time between August 11, 2005, and September 19, 2005, is properly excludable under the Speedy Trial Act for the continuity and effective preparation of counsel pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv), and that the ends of justice to be served in excluding the time between these dates outweighs the public's and the defendant's interests in a speedy trial.

| | |
|---|---|
| 1 | Accordingly, the parties respectfully request that the Court exclude time from August 11, 2005, through September 19, 2005, for the continuity and effective preparation of counsel pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv). |

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

Dated: 8/11/05

[signature]
EMILY J. KINGSTON
Assistant United States Attorneys
Attorneys for the United States of America


LAW OFFICES OF GILBERT EISENBERG

Dated: _____

*Please see attached signature page*
GILBERT EISENBERG
Counsel for Samuel Fung

## ORDER

IT IS HEREBY ORDERED that the time from August 11, 2005, through September 19, 2005, is excluded under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A) and (B)(iv), based on the reasons set forth above.

Dated: 8/15/05

[signature]
HONORABLE PATRICIA V. TRUMBULL
United States Magistrate Judge

*[Proposed] Speedy Trial Order*
*CR-05-00215 JW*                                   2

Accordingly, the parties respectfully request that the Court exclude time from August 11, 2005, through September 19, 2005, for the continuity and effective preparation of counsel pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

Dated: _____

EMILY J. KINGSTON
Assistant United States Attorneys
Attorneys for the United States of America

Dated: 8/11/05

LAW OFFICES OF GILBERT EISENBERG

GILBERT EISENBERG
Counsel for Samuel Fung

### ORDER

IT IS HEREBY ORDERED that the time from August 11, 2005, through September 19, 2005, is excluded under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A) and (B)(iv), based on the reasons set forth above.

Dated: _____

HONORABLE PATRICIA V. TRUMBULL
United States Magistrate Judge

[Proposed] Speedy Trial Order
CR-05-00215-JW                                2