IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| United States of America, | NO. CR 05-00215 JW |
| Plaintiff, | **ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY OF RECORD** |
| v. | |
| Samuel Fung, | |
| Defendant. | |

Gilbert Eisenberg filed a motion to withdraw as counsel of record for Defendant Samuel Fung, citing "irreconcilable differences". (Decl. of Counsel in Support of Motion to Withdraw as Attorney, Docket Item No. 9.)  The Court held a hearing on the motion on October 17, 2005.  The Court finds that irreconcilable differences have arisen between Defendant and counsel and that the interests of justice, and of Defendant, are best served by permitting attorney Eisenberg to withdraw from this case.

However, the withdrawal is conditional pursuant to Rule 11-5(b) of the Civil Local Rules.  Rule 11-5(b) states: "When withdrawal by an attorney from an action is not accompanied by simultaneous appearance of substitute counsel or agreement of the party to appear pro se, leave to withdraw may be subject to the condition that papers may continue to be served on counsel for forwarding purposes (or on the clerk of the court, if the court so directs), unless and until the client appears by other counsel or pro se.

When this condition is imposed, counsel shall notify the party of this condition. Any filed consent by the party to counsel's withdrawal under these circumstances shall include acknowledgment of this condition." Civ. L.R. 11-5(b). At the time of the filing of the motion, there was no indication of substitute counsel or agreement of the Defendant to appear pro se. At the hearing, there was no simultaneous appearance of substitute counsel. However, Defendant informed the Court that he has obtained two substitute counsels and asked that the Court continue the status hearing to **November 7, 2005 @ 1:30 p.m.**, where new counsels will enter their appearances.

Accordingly, attorney Eisenberg is granted conditional withdrawal so that papers may continue to be served on counsel for forwarding purposes. Upon notice and appearances of substitute counsels, attorney Eisenberg shall be completely relieved from this case.

The Court excludes time from October 17, 2005 to November 7, 2005 for continuity of counsel.

Dated: October 17, 2005             /s/ James Ware
                                    JAMES WARE
                                    United States District Judge

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN MAILED TO:**

g.eisenberg@sbcglobal.net
Emily.Kingston@usdoj.gov

Samuel Fung
2834 Yvonne Road
Medford, OR 97504

Dated: October 17, 2005          Richard W. Wieking, Clerk

By:  /s/ JW Chambers
        Ronald L. Davis
        Courtroom Deputy

**United States District Court**
For the Northern District of California