UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>   v.<br><br>SAMUEL FUNG,<br><br>                 Defendant. | NO. CR-05-00215-JW<br><br>**ORDER FOLLOWING PRELIMINARY TRIAL SETTING CONFERENCE** |

On February 13, 2006, the Court conducted a Preliminary Pretrial Conference. Assistant United States Attorney Thomas Moore appeared on behalf of the government. Attorney Terrance McCauley appeared on behalf of Defendant Samuel Fung, who was present. The Court sets the following schedule:

1. A Final Pretrial Conference is set for **October 2, 2006 at 1:30 p.m.**
2. Jury selection shall begin on **October 17, 2006 at 9 a.m.**
3. The trial shall continue on the following days from 8 a.m. to 12 p.m.: **October 18 through October 20, and October 24 through 27, 2006.**
5. The parties shall argue and submit on **October 27, 2006.**

The Court excludes time from now until October 17, 2006 for the reasons stated on the record.

Dated: February 14, 2006

                                                     _____
JAMES WARE
United States District Judge

1  **This is to certify that copies of this order have been mailed to:**

2  tlmac44@yahoo.com
3  Emily.Kingston@usdoj.gov

5  **Dated: February 14, 2006**           **Richard W. Wieking, Clerk**

8                                          **By:**       /s/ JW Chambers
                                                        **Melissa Peralta**
9                                                        **Courtroom Deputy**

2