KEVIN V. RYAN (CSBN 118321)
United States Attorney
JAY R. WEILL (CSBN 75434)
Assistant United States Attorney, Chief, Tax Division
THOMAS MOORE (ASB 4305-T78O)
Assistant United States Attorney
 10th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102
 Telephone: (415) 436-6935

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR-05-00215-JW |
| Plaintiff, ) | |
| v. ) | **STIPULATION TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME UNDER SPEEDY TRIAL ACT AND ORDER THEREON** |
| SAMUEL S. FUNG, ) | |
| Defendants. ) | |

For the reason that Defendant's previous trial counsel just mailed to Defendant's new trial counsel the discovery and case files and for the reason that defendant's new trial counsel requires reasonable time to obtain and review the extensive discovery already produced to the defendant's previous attorneys in this complex tax matter, to prepare this matter for trial; and to prepare witnesses for trial, it is hereby stipulated by and between Plaintiff United States of America and Defendant Samuel S. Fung, through their respective counsel, as follows:

1. That the status conference in this matter scheduled for October 16, 2006, be continued to November 6, 2006.

///

///

///

///

///

1     2.     That the period of delay from October 16, 2006, to November 6, 2006, shall be
2 excluded pursuant to 18 U.S.C. § 3161(h)(8)(A) as the ends of justice served by this continuance
3 allowing for continuity of counsel and for adequate trial preparation in this complex tax matter
4 outweigh the best interest of the public and the defendant in a speedy trial.

                                      KEVIN V. RYAN
                                      United States Attorney

/s/ Cynthia C. Lie                     /s/ Thomas Moore
CYNTHIA C. LIE                   THOMAS MOORE
Attorney for Samuel S. Fung     Assistant United States Attorney
                                      Tax Division
                                      Attorneys for Plaintiff

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 10/13/06

                                      UNITED STATES DISTRICT JUDGE

**STIP. TO SET TRIAL DATE & TO EXCLUDE
TIME UNDER SPEEDY TRIAL ACT
& ORDER (No. CR-06-00215-JW)**     2