| | |
|---|---|
| 1 | BARRY J. PORTMAN |
| | Federal Public Defender |
| 2 | CYNTHIA C. LIE |
| | Assistant Federal Public Defender |
| 3 | 160 West Santa Clara Street, Suite 575 |
| | San Jose, CA 95113 |
| 4 | Telephone: (408) 291-7753 |
| 5 | Counsel for Defendant FUNG |

E-FILED
FILED
NOV - 6 2006
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,            )   No. CR-05-00215 JW
                                     )
              Plaintiff,              )   [PROPOSED] ORDER GRANTING
                                     )   MOTION TO WITHDRAW
vs.                                   )
                                     )   Hon. Richard Seeborg
SAMUEL S. FUNG,                       )
                                     )
              Defendant.              )
_____)

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the Federal Public Defender for the Northern District of California shall be relieved as attorney of record for defendant Samuel S. Fung, and that counsel shall be identified from the Criminal Justice Act panel to represent Mr. Fung.

Dated: November 6, 2006

RICHARD SEEBORG
United States Magistrate Judge

[Proposed] Order Granting Motion to Withdraw            1