JERRY Y. FONG, ESQ. (SBN 99673)
CAREY & CAREY
706 COWPER STREET
P.O. BOX 1040
PALO ALTO, CA 94302-1040
650/328-5510
650/853-3632 fax

Attorneys for DEFENDANT ERIC LIGHTER

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>SAMUEL S. FUNG and ERIC AARON LIGHTER,<br><br>    Defendants. | CASE NO.  CR 05-00215-JW<br><br>STIPULATION AND [PROPOSED] ORDER FOR THE PRODUCTION OF TAX RETURNS OF VICTIMS NAMED IN INDICTMENT. |

Pursuant to and in compliance with 26 USC §7213 and the related federal regulations, Defendants Eric Lighter, Samuel Fung, and Plaintiff United States of America, through their respective counsel, hereby enter into this stipulation to jointly request that the Court authorize the disclosure and production (by the Plaintiff) of documents relating to the tax returns of the alleged victims of Defendants Fung and Lighter, as identified in the Superseding Indictment. Defendants Fung and Lighter contends that such disclosure and production are necessary in the reasonable preparation of his defense in this case. The parties further agree that Defendants Fung and Lighter shall use such documents only for the purpose of preparing for his defense and shall be examined and reviewed only by him and his counsel (including individuals employed or retained by his counsel). Such documents

shall not be disclosed to any other person or entity.


DATED: 1/31/08                         /s/
                                       JERRY Y. FONG, for Defendant
                                       ERIC LIGHTER


DATED: 3/15/08                         /s/
                                       JACK D. GORDON, for Defendant
                                       SAMUEL S. FUNG


DATED: 1/31/08                         /s/
                                       THOMAS MOORE, AUSA, for Plaintiff
                                       UNITED STATES OF AMERICA


## ORDER

Pursuant to the parties' stipulation and good cause appearing herein, it is hereby ordered that Plaintiff is authorized to disclose and produce to Defendants Fung and Lighter's respective counsel those tax-related documents, including tax returns, of the victims named in the Superseding Indictment.   Defendants Fung and Lighter and their counsel (including those individuals and entities employed or retained by Mr. Lighter's counsel)  shall use, examine, or review such documents only for the purpose of preparing for Mr. Fung and Mr. Lighter's defense and shall not disclose  such documents or its contents to any other person or entity.

It is so ordered.


DATED: March 31, 2008                  _____
                                       JUDGE OF UNITED STATES DISTRICT
                                       COURT FOR THE NORTHERN DISTRICT
                                       OF CALIFORNIA