1  JERRY Y. FONG, ESQ. (SBN 99673)
   CAREY & CAREY
2  706 COWPER STREET
   P.O. BOX 1040
3  PALO ALTO, CA  94302-1040
   650/328-5510
4  650/853-3632 fax

5  Attorneys for Defendant
   ERIC LIGHTER
6

**IT IS SO ORDERED AS MODIFIED**
Judge James Ware
11/18/2009

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

11 | UNITED STATES OF AMERICA,              | CASE NO. CR-05-00215 JW
12 |          Plaintiff,                     | STIPULATION TO CONTINUE
   |                                         | DATE SET FOR HEARING
13 |   vs.                                   | MOTIONS AND [proposed]
   |                                         | ORDER THEREON
14 | SAMUEL FUNG and ERIC LIGHTER,           |
15 |          Defendants.                    |

16

17      It is hereby stipulated by and between counsel for the UNITED STATES,

18 BLAKE D. STAMM, Esq., counsel for Defendant ERIC LIGHTER, JERRY Y. FONG,

19 Esq., and counsel for Defendant SAMUEL FUNG, JACK D. GORDON, Esq. that

20 the date set for the hearing of motions set for December 7, 2009 at 1:30 pm

21 be continued until December 21, 2009, at 1:30 pm, due to conflicts in the

22 schedules of defense counsel.

23      The parties further stipulate that the Court may exclude the period of

24 time from December 7, 2009 through and including December 21, 2009 from

25 the computation of the period of time within which the trial must commence,

26 due to the reasons set forth above.

27 ///

28 ///

                                    1
              STIPULATION TO CONTINUE DATE SET FOR HEARING MOTIONS

1    IT IS SO STIPULATED.

2

3    DATED:  November 12, 2009        CAREY & CAREY

4
                                        /s/
5                                     JERRY Y. FONG, Attorneys for
                                      Defendant ERIC LIGHTER
6

7
     DATED:    11/12    , 2009        LAW OFFICE OF JACK GORDON
8

9                                          /s/
                                      JACK D. GORDON, Attorneys for
10                                    Defendant SAMUEL FUNG

11

12   DATED:    11/12    , 2009        JOSEPH P. RUSSONIELLO
                                      United States Attorney
13

14                                         /s/
                                      BLAKE D. STAMM
15                                    Assistant United States Attorney

16

17                                    ORDER

18   The hearing is continued from December 7, 2009 to **December 21, 2009 at 1:30 PM.** The Court sets the following briefing schedule: Defendants shall file their Pretrial Motions on or before **November 30, 2009**; the Government shall file its opposition on or before **December 7, 2009**; the Defendants shall file their replies, if any, on or before **December 14, 2009.**

21   The Court further orders that time be excluded under the Speedy Trial Act from December 7, 2009 until December 21, 2009.  The Court finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the interest of the public and the Defendant in a speedy trial.

     IT IS SO ORDERED.  This the parties' final continuance.

27   DATED:  November 18 , 2009        _____
28                                     HON. JAMES WARE
                                       U.S. DISTRICT COURT JUDGE