1 | JOSEPH P. RUSSONIELLO (CSBN 44332)  \*\* E-filed May 4, 2010 \*\*
United States Attorney
2 | BLAKE D. STAMM (CTBN 301887)
Assistant United States Attorney
3 | CHARLES A. O'REILLY (CSBN 160980)
Trial Attorney
4 | 9th Floor Federal Building
450 Golden Gate Avenue, Box 36055
5 | San Francisco, California 94102
Telephone:  (415) 436-7063
6 | Fax:          (415) 436-6748

7 | Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 05-00215-JW (HRL) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION AND PROPOSED |
| | ) | ORDER TO CONTINUE HEARING |
| SAMUEL S. FUNG and ERIC AARON LIGHTER, | ) | ON GOVERNMENT'S RECIPROCAL |
| | ) | DISCOVERY MOTION |
| | ) | |
| Defendants. | ) | **AS AMENDED BY THE COURT** |
| | ) | **SAN JOSE VENUE** |
| | ) | |

With the agreement of the parties, the Court enters this order, continuing the scheduled hearing on the Government's Motion for Reciprocal Discovery until or unless re-noticed for hearing. The parties stipulate as follows:

1. Trial of the above-captioned matter has been scheduled to begin on October 27, 2010.

2. Attorney Peter A. Leeming was appointed to represent defendant Fung on April 12, 2010 and is presently reviewing the government's discovery..

//

//

//

*Stipululation and Proposed OrderCR 05-215-JW (HRL)*     1

1   3. The parties have agreed to meet and confer no later than July 7, 2010 at 1:30 P.M. in
2   the Office of the United States Attorney, to attempt resolution of any issues related to discovery.

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

  /s/ Blake D. Stamm
BLAKE D. STAMM
Assistant U.S. Attorney


  /s/ Peter A. Leeming
PETER A. LEEMING
Attorney for Samuel Fung


  /s/ Jerry Y. Fong
JERRY. FONG
Attorney for Eric Aaron Lighter

**The hearing on the government's Reciprocal Discovery Motion is continued to July 20, 2010 at 10:00 a.m. in Courtroom 2, Fifth Floor, San Jose.**
IT IS SO ORDERED.

DATED: May 4, 2010

_____
HON. HOWARD R. LLOYD
United States Magistrate Court Judge