** E-filed August 18, 2010 **

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-00215 JW (HRL) |
| Plaintiff, | **ORDER GRANTING GOVERNMENT'S MOTION FOR RECIPROCAL DISCOVERY AND VACATING HEARING DATE** |
| v. | |
| SAMUEL S. FUNG and ERIC AARON LIGHTER, | [Re: Docket No. 140] |
| Defendants. | |
| _____/ | |

On March 17, 2010, the United States of America noticed a motion for reciprocal discovery before Judge Ware. However, as a discovery matter, the motion shall be heard by the undersigned. On August 17, 2010, the parties filed a stipulation that neither defendant had any objection to the Government's Motion for Reciprocal Discovery, and that the hearing on the reciprocal discovery should be vacated.

Therefore, the Government's Motion for Reciprocal Discovery is granted, and the hearing on the motion scheduled for August 19, 2010 is vacated.

**IT IS SO ORDERED.**

Dated: August 18, 2010

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

*Stipulation and ~~Proposed~~ Order*
*Case No. 05-215-JW (HRL)*