Peter A. Leeming SBN 119124
Law Offices of Peter A. Leeming
108 Locust Street, Suite 7
Santa Cruz, CA 95060

Telephone (831) 425-8000

Attorney for defendant SAMUEL S. FUNG

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>SAMUEL S. FUNG, et al,<br><br>  Defendants | No. CR 05-00215 EJD<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING HEARING |

The parties stipulate, and request that the court Order, the following:

1.   Mr. Samuel Fung is currently scheduled to be sentenced on Monday, December 19, at 1:30 PM. This date was set when the trial was scheduled to begin much earlier than it actually started.

2.   Trial of this matter is ongoing. Mr. Fung, who is cooperating with the United States, finished testifying on Monday, December 12. He has not been

Stipulation and Proposed Order cont. sentencing CR 05-0215 (EJD) 1

interviewed by probation.  Probation typically requires at least 12 weeks to prepare a PSR.

      3.      For these reasons, the parties jointly request that the sentencing date of December 19 be vacated, and that Mr. Fung's sentencing be reset to March 19, 2012, at 1:30 PM.

Respectfully submitted,

Dated:                By:_____/s/_____
                                PETER A. LEEMING,
                                Attorney for Samuel Fung

Dated:

                                */s/ Charles O'Reilly*
                                Charles A. O'Reilly
                                Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,     ) | No. CR 05-00215 EJD |
| ) | |
| Plaintiff,     ) | [PROPOSED] ORDER |
| ) | CONTINUING SENTENCING |
| vs.     ) | HEARING |
| ) | |
| SAMUEL S. FUNG, et al,     ) | |
| ) | |
| ) | |
| Defendants     ) | |
| ) | |

GOOD CAUSE APPEARING, and for the reasons set forth in the stipulation of counsel for Mr. Fung and for the government, the sentencing set for December 19 at 1:30 PM is VACATED. The sentencing hearing will be continued until March 19, 2012 at 1:30 PM.

IT IS SO ORDERED

Dated: December 16, 2011

_____
The Hon. Edward J. Davila,
United States District Judge

Stipulation and Proposed Order cont. sentencing CR 05-0215 (EJD) 3