IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SAMUEL S. FUNG,<br><br>　　　　　Defendant. | No. CR-05-215-1-EJD<br><br>[PROPOSED] ORDER<br>CONTINUING SENTENCING<br>HEARING |

　　　The Court, having considered the parties' joint motion to continue the sentencing date, and good cause appearing, hereby orders that Mr. Samuel S. Fung's sentencing hearing, currently scheduled for March 19, 2012, at 1:30 p.m., be continued for one week to March 26, 2012, at 9:00 a.m. The sentencing hearing for Defendant Eric Aaron Lighter remains scheduled for March 26, 2012, at 1:30 p.m.
　　　IT IS SO ORDERED

DATED: January 6, 2012

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge